MARCH 18, 2011

No. 09–993. PLIVA, INC., ET AL. *v.* MENSING. C. A. 8th Cir.;
No. 09–1039. ACTAVIS ELIZABETH, LLC *v.* MENSING. C. A.
8th Cir.; and
No. 09–1501. ACTAVIS, INC. *v.* DEMAHY. C. A. 5th Cir. [Certiorari granted, *ante,* p. 1104.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 10–114. FOX *v.* VICE, CHIEF OF POLICE, TOWN OF VINTON, ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 1002.] Motion to substitute Judy Ann Vice, as Executrix of the Estate of Billy Ray Vice, as respondent in place of Billy Ray Vice granted.

No. 10–238. ARIZONA FREE ENTERPRISE CLUB'S FREEDOM CLUB PAC ET AL. *v.* BENNETT, SECRETARY OF STATE OF ARIZONA, ET AL.; and
No. 10–239. MCCOMISH ET AL. *v.* BENNETT, SECRETARY OF STATE OF ARIZONA, ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1060.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of petitioners for divided argument denied.

No. 10–313. TALK AMERICA, INC. *v.* MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN; and
No. 10–329. ISIOGU ET AL. *v.* MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1104.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.